**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JORGE NIEBLA,**
    **Plaintiff,**

**vs.**                                       **Case No. 3:05cv230/RV/MD**

**J. FREEMAN, WARDEN,**
    **Defendant.**

---

### REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action on June 24, 2005 by filing a civil rights complaint. (Doc. 1). The complaint was not accompanied by the filing fee or a motion to proceed *in forma pauperis*. On July 25, 2005 this court issued an order directing plaintiff to file, within thirty days, an amended complaint and either the filing fee or a complete application to proceed *in forma pauperis*. (Doc. 4). Plaintiff was warned that failure to do so would result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of the court. (*Id.*). Plaintiff did not respond to the court's order.

    Accordingly, on October 11, 2005 the court issued an order directing plaintiff to show cause within twenty days why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 5). That deadline has expired, and plaintiff has not responded to the court's order.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

2.  **That the clerk be directed to close the file.**

**At Pensacola, Florida, this 18th day of November, 2005.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 3:05cv230/RV/MD*