IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE NIEBLA,
    Plaintiff,

vs.                                    CASE NO.: 3:05cv230/RV/MD

J. FREEMAN, WARDEN,
    Defendant.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 17, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    2.    The clerk is directed to close the file.

    DONE AND ORDERED this 20th day of December, 2005.

                                                  */s/* *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**